UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09240-JLS-MBK                              Date: January 28, 2026
Title:  Daevon-Jerrielle Taylor v. Homebridge Financial Services Inc et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Kelly Davis                                                          N/A
Deputy Clerk                                              Court Reporter

Attorneys Present for Plaintiffs:              Attorneys Present for Defendant:

Not Present                                              Not Present

**PROCEEDINGS:    (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL OF SERVICEMAC, LLC FOR LACK OF PROSECUTION**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.  Fed. R. Civ. P. Rule 4(m).

Plaintiff's Proof of Service (Doc. 4) represents that Servicemac, LLC, as well as the other parties to this action, were served by Plaintiff sending a copy of the summons and complaint via certified mail.  Under Federal Rule of Civil Procedure Rule 4(c), "any person who is at least 18 years old and not a party may serve a summons and complaint." As a party to the action, Plaintiff may not serve the summons and complaint himself. Furthermore, California requires that service by mail on an out-of-state defendant must be first-class with postage prepaid and requiring a return receipt. Cal. Civ. Proc. Code § 415.40.  Also, it must be addressed to the proper person.  Cal. Civ. Proc. Code § 416.10.  The Proof of Service does not reflect proper service.

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **February 11, 2026**, why this action should not be dismissed as to Servicemac, LLC for lack of prosecution.  As an alternative to a written response by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09240-JLS-MBK                    Date: January 28, 2026
Title:  Daevon-Jerrielle Taylor v. Homebridge Financial Services Inc et al

Plaintiff, the Court will consider the filing of one of the following as an appropriate response to the OSC, on or before the above date:

1.  Proof of Service as to Servicemac, LLC
2.  Notice of Voluntary Dismissal as to Servicemac, LLC (Fed. R. Civ. P. Rule 41)

No oral argument of this matter will be heard unless ordered by the Court.

Initials of Deputy Clerk: kd