UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-09240-JLS-MBK                                Date: April 22, 2026
Title:  Daevon-Jerrielle Taylor v. Homebridge Financial Services Inc et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendant:

Not Present                                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION**

On March 25, 2026, the Court dismissed Plaintiff's Complaint for failure to join required parties under Federal Rule of Civil Procedure Rule 19.  (Order Granting MTD, Doc. 37.)  The Court granted leave to amend and ordered that any amended complaint be filed no later than April 10, 2026.  The Court warned that "[f]ailure to timely file an amended complaint will result in the immediate dismissal of this action without further notice." (*Id.* at 5.)

Because the deadline has now passed and the Plaintiff has not filed an amended complaint or any request for an extension of the deadline, it is hereby ORDERED that this action is DISMISSED, and the case is ordered closed.

Initials of Deputy Clerk: kd