UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09240-JLS-MBK                          Date: June 23, 2026
Title:  Daevon-Jerrielle Taylor v. Homebridge Financial Services Inc et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DISMISSING ACTION**

On April 24, 2026, the Court re-opened the proceedings in this action and granted Plaintiff until June 5, 2026 to locate counsel and file an amended complaint.  (Doc. 40.) The Court warned that "[f]ailure to file an amended complaint by this deadline will result in the immediate dismissal of this action."  (*Id.*)

Because the deadline has now passed and Plaintiff has not filed an amended complaint or any request for extension of the deadline, it is hereby ORDERED that this action is DISMISSED, and the case is ordered closed.

Initials of Deputy Clerk: kd